THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DAVIEL McCUMMINGS, Respondent.

Submitted January 25, 2016; decided February 18, 2016

Motion to vacate this Court's January 8, 2016 preclusion order granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAFAEL AGOSTO, Appellant, v PAUL CHAPPIUS, JR., as Superintendent of Elmira Correctional Facility, Respondent.

Submitted December 28, 2015; decided February 18, 2016

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 1049 (2015)].

Chief Judge DiFIORE and Judge GARCIA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSE VAZQUEZ, Appellant, v DAVID UNGER et al., Respondents.

Submitted December 14, 2015; decided February 18, 2016

On the Court's own motion, appeal transferred, without costs, to the Appellate Division, Fourth Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]). Motion for poor person relief dismissed as academic.

Judge GARCIA taking no part.